E-FILED
Thursday, 15 August, 2019  02:13:40 PM
Clerk, U.S. District Court, ILCD

# Exhibit 2

2:18-cv-02077-CSB-EIL # 38-2    Page 2 of 2

**Full docket text for document 1:**

NOTICE OF REMOVAL from Champaign County, case number 2018-L-000013 (Filing fee $ 400 receipt number 0753-2784505), filed by Lincare Inc.. (Attachments: # (1) Exhibit A, # (2) Exhibit B)(Hoag, Jonathan) (Additional attachment(s) added on 3/2/2018: # (3) Civil Cover Sheet) (JMB, ilcd).

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/15/2019 10:39:54 | | | |
| **PACER Login:** | SADocket17:2610579:0 | **Client Code:** | 9999999 swj |
| **Description:** | History/Documents | **Search Criteria:** | 2:18-cv-02077-CSB-EIL |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |