E-FILED
Thursday, 15 August, 2019 02:13:40 PM
Clerk, U.S. District Court, ILCD

# Exhibit 3

**Hannon, Ashley**

| | |
|---|---|
| **From:** | no-reply@tylerhost.net |
| **Sent:** | Friday, March 02, 2018 3:48 PM |
| **To:** | Hoag, Jonathon |
| **Subject:** | Filing Submitted for Case: 2018L 000013; BRAMLETT DAVID E vs. LINCARE INC.; Envelope Number: 649568 |



# Filing Submitted

Envelope Number: 649568
Case Number: 2018L 000013
Case Style: BRAMLETT DAVID E vs. LINCARE INC.

The filing below has been submitted to the clerk's office for review. Please allow 24 - 48 hours for clerk office processing.

| Filing Details | |
|---|---|
| **Court** | File & Serve |
| **Date/Time Submitted** | 3/2/2018 3:46 PM CST |
| **Filing Type** | EFile |
| **Filing Description** | Attorney Appearance |
| **Type of Filing** | EFile |
| **Filed By** | Jonathon Hoag |
| **Filing Attorney** | Jon Hoag |

| Fee Details | |
|---|---|

Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay.

If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days).

This envelope is pending review and fees may change.

| | | | |
|---|---|---|---|
| Case Fee Information | | | $4.28 |
| Payment Service Fees | | | $4.28 |
| Appearance | | | $148.00 |
| • Optional Services | Fee Per | Quantity | |
| • L - Appearance | $148.00 | 1 | $148.00 |
| Notice | | | $0.00 |
| Certificate | | | $0.00 |

1

| | |
|---|---|
| **Total:**$152.28 (The envelope still has pending filings and the fees are subject to change) | |

| Document Details ||
|---|---|
| Lead Document | 3036301APP03-02-18 Appearance (State Court Appearance).PDF |
| Lead Document Page Count | 1 |
| File Copy | [Download Document](#) |
| | This link is active for 60 days. |

If the link above is not accessible, copy this URL into your browser's address bar to view the document:
https://illinois.tylerhost.net/ViewDocuments.aspx?FID=7a8d9bb2-b5cb-43c3-aea3-50f5a0e8db03

For technical assistance, contact your service provider



Need Help? Help
Visit: https://illinois.tylerhost.net/ofsweb

Please do not reply to this email. It was automatically generated.