E-FILED
Thursday, 15 August, 2019 02:13:40 PM
Clerk, U.S. District Court, ILCD

# Exhibit 4

Meador Investigations  
PO Box 157  
Lincoln, IL 62656  
217.732.1585  

Invoice #: 182695  

Date: 03/01/2019  

Smith Amundsen LLC  
3815 E Main St, Suite A-1  

St Charles, IL 60174  

Phone: 630-587-7969 M  
Fax:  
Email: ahannon@salawus.com  

## INVOICE FOR SERVICE

Service #357902: Eric Pirtle  
Manner:PERSONAL  
Delivered To:Eric Pirtle  
Date:02/28/2019  
Time:4:18 PM  
David E Bramlett v. Lincare Inc  

Your File#  
Court Case #: 18 CV 02077  
Court Date #: 03/20/2019  

| | |
|---|---:|
| Standard Service | $75.00 |
| Locate Fee | $25.00 |
| Rush service | $25.00 |
| **TOTAL CHARGES:** | **$125.00** |
| Payment: 02/27/2019      Check#: 5680 | -$100.00 |
| **BALANCE:** | **$25.00** |

**Tax ID#: 06-1672062**

**Paypal Available**  
**pay@pi-pro.com**  
**Please include invoice number**

1