E-FILED
Thursday, 15 August, 2019 02:13:40 PM
Clerk, U.S. District Court, ILCD

# Exhibit 6

## CIRCLE CITY REPORTING

*135 NORTH PENNSYLVANIA, STE 1720*
*INDIANAPOLIS, INDIANA  46204*
*www.circlecityreporting.com*
*FED ID# 35-1653405*
*(317) 635-7857    (FAX) 231-6062*

Steven W. Jados
SMITH AMUNDSEN LLC
201 N. Illinois Street
Suite 1400
Indianapolis, IN  46204

March 14, 2019

**Invoice#** DL2266

**Balance:**    $367.24

**Re:** DAVID E. BRAMLETT VS. LINCARE, INC.
*on* 03/06/19

## *Invoicing Information*

Charge Description

ONE COPY OF THE DEPOSITION(S) OF SANDRA FULTON
TAKEN MARCH 6, 2019

P l e a s e   R e m i t   - - - >   Total Due:    $367.24

*PLEASE REFERENCE INVOICE NUMBER WITH PAYMENT*
*AMERICAN EXPRESS/VISA/MASTERCARD ACCEPTED*

**If payment mailed by 04/13/19, remit only      $333.85**