E-FILED
Thursday, 15 August, 2019  02:13:40 PM
Clerk, U.S. District Court, ILCD

# Exhibit 7

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Steven Jados
SmithAmundsen LLC
3815 East Main Street
Suite A-1
Saint Charles, IL 60174-2488

| INVOICE NO. | AD02972 AA |
|---|---|
| FIRM NO. | 1167893 |
| INVOICE DATE | 03/29/2019 |

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Angelo Nario
anario@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|
| Setting Firm: | SmithAmundsen LLC |
| Taking Attorney: | Steven Jados |
| Case Name: | David E. Bramlett vs. Lincare Inc. |
| Case No.: | 18-cv-2077 |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

| ITEM | LINE TOTAL |
|---|---|
| Reporter's transcript of the deposition of Eric Lee Pirtle, taken 3/20/2019. | $ 528.21 |
| BALANCE DUE | $ 528.21 |

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If Atkinson-Baker, Inc. deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ 528.21 |
|---|---|
| INVOICE NO. | AD02972 AA |
| FIRM NO. | 1167893 |

For: Reporter's transcript of the deposition of Eric Lee Pirtle, taken 3/20/2019.

From: Steven Jados
SmithAmundsen LLC
3815 East Main Street
Suite A-1
Saint Charles, IL 60174-2488

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.